UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MF GLOBAL HOLDINGS LTD. INVESTMENT LITIGATION | 12 MD 2338 (VM) |
| JOSEPH DEANGELIS, et al., <br><br> **Plaintiffs** <br><br> vs. <br><br> JON S. CORZINE, et al., <br><br> **Defendants.** | 11 Civ. 7866 (VM) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 7/18/14 |
| **This Document Relates To:** <br><br> *H. Martin Klinker, Jr. et al., vs. JPMorgan Chase & Co., et al.* | 12 Civ. 3589 (VM) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs H. Martin Klinker, Jr., Rocking K

Land and Cattle, Inc., Philip Timothy Johnson, and Wade Jacobsen voluntarily dismiss, without

prejudice, their claims against defendants in civil action case number 12 Civ. 3589 (VM).

Dated:   July 17, 2014                    **COTCHETT, PITRE & McCARTHY, LLP**

                                           */s/ Matthew K. Edling*
                                          _____

                                          Matthew K. Edling (*Pro Hac Vice*)
                                          medling@cpmlegal.com
                                          840 Malcolm Road, Suite 200
                                          Burlingame, CA 94010
                                          Tel (650) 697-6000
                                          Fax: (650) 697-0577

                                          *Counsel for Plaintiffs H. Martin Klinker, Jr.,*
                                          *Rocking K Land and Cattle, Inc., Philip Timothy*
                                          *Johnson, and Wade Jacobsen*

**SO ORDERED:**
*18 July 2014*

Victor Marrero
**U.S.D.J.**

tmc

1